UNITED STATES COURT OF INTERNATIONAL TRADE

Before: Senior Judge Richard K. Eaton

```
-----------------------------------------------------------------x
DSM NUTRITIONAL PRODUCTS, LLC,       :
                                     :
                Plaintiff,           :
                                     :
        v.                           :      Court No. 17-00136
                                     :
UNITED STATES,                       :
                                     :
                Defendant.           :
                                     :
-----------------------------------------------------------------x
```

**ORDER**

Upon consideration of plaintiff's consent motion to designate Court No. 17-00136 a test case pursuant to U.S. Court of International Trade Rule 83(f), it is hereby:

**ORDERED** that Court No. 17-00136 is designated a test case; and it is further

**ORDERED** that the following cases are suspended under test case 17-00136:

| PLAINTIFF | COURT NUMBER |
|---|---|
| *American International Chemical* | 13-00072 |
| *DSM Nutritional Products, LLC* | 14-00330 |
| *DSM Nutritional Products, LLC* | 15-00300 |
| *DSM Nutritional Products, LLC* | 16-00004 |
| *DSM Nutritional Products, LLC* | 16-00255 |
| *DSM Nutritional Products. LLC* | 18-00070 |

SO ORDERED

_____
Judge

Dated: April,\_\_ 2022
       New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

Before:  Senior Judge Richard K. Eaton

```
------------------------------------------------------------x
DSM NUTRITIONAL PRODUCTS, LLC,         :
                                       :
                 Plaintiff,            :
                                       :
         v.                            :    Court No. 17-00136
                                       :
UNITED STATES,                         :
                                       :
                 Defendant.            :
                                       :
------------------------------------------------------------x
```

## CONSENT MOTION TO DESIGNATE A TEST CASE
## AND SUSPEND DESIGNATED CASES UNDER THE TEST CASE

Plaintiff, through its undersigned attorneys, respectfully files this motion pursuant to U.S. Court of International Trade Rules 7 and 83(f) to designate the above-captioned action as a test case and to suspend thereunder the pending actions identified in Exhibit 1 to this motion. A complaint and answer have been filed in the above-captioned case.

The above-captioned case, as well as the six cases identified in Exhibit 1, concern the tariff classification of beta-carotene products. It is plaintiff's view that these cases can be resolved through stipulated judgments of fact and without the need for further litigation. In the event the parties cannot reach agreement on stipulated judgments, plaintiff intends to actively prosecute this action. Plaintiff has selected Court No. 17-00136 for designation as a test case because the three beta-carotene products covered by that case are representative of the beta-carotene products covered by the cases identified in Exhibit 1.

Plaintiff intends to actively prosecute Court No. 17-00136 upon its designation as a test case, and the cases requested to be suspended thereunder involve the same significant questions of law and fact as are involved in the proposed test case.

On April 27, 2022, counsel for plaintiff conferred with Luke Mathers, Esq., counsel for defendant, regarding this motion. Mr. Mathers consented to this filing and to the relief requested.

WHEREFORE, we respectfully request that the Court grant this consent motion for test case designation and order that the actions identified in Exhibit 1 be suspended under the test case.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
599 Lexington Avenue, FL 36
New York, NY 10022
(212) 557-4000
JSpraragen@GDLSK.com

By: /s/ Joseph M. Spraragen
Erik D. Smithweiss
Joseph M. Spraragen

Dated:  April 27, 2022
        New York, New York