UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DSM NUTRITIONAL PRODUCTS, INC., | |
| Plaintiff, | Before:  Richard K. Eaton, Judge |
| v. | Court No.  17-00136 |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**ORDER**

Upon considering Plaintiff's consent motion to designate Court No. 17-00136 a test case, pursuant to Rule 83(f); and upon consideration of other papers and proceedings had herein, it is hereby

**ORDERED** that Plaintiff's motion is granted; and it is further

**ORDERED** that that the following cases are suspended under test case 17-00136:

| PLAINTIFF | COURT NUMBER |
|---|---|
| American International Chemical | 13-00072 |
| DSM Nutritional Products, LLC | 14-00330 |
| DSM Nutritional Products, LLC | 15-00300 |
| DSM Nutritional Products, LLC | 16-00004 |
| DSM Nutritional Products, LLC | 16-00255 |
| DSM Nutritional Products, LLC | 18-00070 |

/s/ Richard K. Eaton
Judge

Dated: May 2, 2022
New York, New York