Form 9-1

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. RICHARD K. EATON, JUDGE

| | |
|---|---|
| DSM NUTRITIONAL PRODUCTS, LLC,<br><br>           Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>           Defendant. | Court No. 17-00136 |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

  This Action, as prescribed by Rule 58.1 of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts, in which the parties agree that:

  1. The protest and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions were paid prior to filing the summons.

  2. The imported merchandise covered by the entries set forth in Schedule A, attached, consists of three different beta-carotene preparations: CaroCare Nat. BC 10% CWS/S; CaroCare Nat. BC 20% CWS/S-TG; and CaroCare Nat. BC 30% S.

  3. At liquidation, U.S. Customs and Border Protection classified all of the imported merchandise identified in Schedule A as "Food preparations not elsewhere specified or included: Other: Other: Other: Other: Other: Other," under subheading 2106.90.99, Harmonized Tariff Schedule of the United States (HTSUS), at a duty rate of 6.4% *ad valorem*.

Form 9-2

*Stipulated Judgment on Agreed Statement of Facts*
*DSM Nutritional Products, LLC v. United States*, Court No. 17-00136

    4. CaroCare Nat. BC 10% CWS/S and CaroCare Nat. BC 20% CWS/S-TG are classifiable as "Provitamins and vitamins, natural or reproduced by synthesis (including natural concentrates), derivatives thereof used primarily as vitamins, and intermixtures of the foregoing, whether or not in any solvent: Other, including provitamins and natural concentrates," under subheading 2936.90.01, HTSUS, duty-free.

    5. CaroCare Nat. BC 30% S is classifiable as "Coloring matter of vegetable or animal origin (including dyeing extracts but excluding animal black), whether or not chemically defined; preparations as specified in note 3 to this chapter based on coloring matter of vegetable or animal origin: Other," under subheading 3203.00.80, HTSUS, dutiable at 3.1% *ad valorem*.

    6. The imported merchandise identified in Schedule A is stipulable in accordance with this agreement.

    7. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

    8. All other claims and non-stipulable entries are abandoned.

    9. Each party shall bear its own costs and attorney fees.

Form 9-3

*Stipulated Judgment on Agreed Statement of Facts*
*DSM Nutritional Products, LLC v. United States*, Court No. 17-00136

Respectfully submitted,

By:

*/s/ Joesph M. Spraragen 4/1/2024*

Erik D. Smithweiss
Joesph M. Spraragen
Grunfeld, Desiderio, Lebowitz
Silverman & Klestadt LLP
599 Lexington Avenue, Fl. 36
New York, New York 10022
(212) 557-4000

*Attorneys for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

*/s/ Justin R. Miller 4/1/24*

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

*/s/ Luke Mathers 4/1/24*

LUKE MATHERS
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-9236

*Attorneys for Defendant*

**IT IS HEREBY ORDERED** that this Action is decided and this final judgment is to be entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entry and make a refund in accordance with the stipulation of the parties set forth above.

Date: April 1, 2024

/s/ Richard K. Eaton
Richard K. Eaton, Judge

Form 9-4

*Stipulated Judgment on Agreed Statement of Facts*
*DSM Nutritional Products, LLC v. United States*, Court No. 17-00136

## SCHEDULE A TO STIPULATED JUDGMENT

Ports: Philadelphia, PA (1101); Philadelphia International Airport (1108)

| Protest No. | Entry Number | Line Number | Merchandise Description |
|---|---|---|---|
| 1102-16-100004 | WBA-4042661-0 | 8 | CaroCare Nat. BC 20% CWS/S-TG |
| | | 11 | CaroCare Nat. BC 10% CWS/S |
| | WBA-4042582-8 | 15 | CaroCare Nat. BC 10% CWS/S |
| | | 16 | CaroCare Nat. BC 20% CWS/S-TG |
| 1102-16-100005 | WBA-4042547-1 | 8 | CaroCare Nat. BC 20% CWS/S-TG |
| 1102-16-100006 | WBA-4042739-4 | 15 | CaroCare Nat. BC 10% CWS/S |
| 1102-16-100013 | WBA-4042796-4 | 2 | CaroCare Nat. BC 10% CWS/S |
| 1102-16-100014 | WBA-4043129-7 | 10 | CaroCare Nat. BC 10% CWS/S |
| | | 11 | CaroCare Nat. BC 20% CWS/S-TG |
| | WBA-4043181-8 | 10 | CaroCare Nat. BC 10% CWS/S |
| | | 11 | CaroCare Nat. BC 20% CWS/S-TG |
| 1102-16-100015 | WBA-4042931-7 | 12 | CaroCare Nat. BC 10% CWS/S |
| | | 13 | CaroCare Nat. BC 20% CWS/S-TG |
| | | 33 | CaroCare Nat. BC 30% S |
| 1102-16-100016 | WBA-4042795-6 | 17 | CaroCare Nat. BC 20% CWS/S-TG |
| 1108-16-100002 | WBA-4043066-1 | 11 | CaroCare Nat. BC 30% S |